HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/ne

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY B. SAN JUAN, | ) No. 05-0570 JL |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Monday, July 11, 2005 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1
STIPULATION AND ORDER

```
                                          _____
                                          KEVIN V. RYAN
                                          United States Attorney


Dated: June 3, 2005                            /s/
                                          _____
                                          SARA WINSLOW
                                          Assistant U.S. Attorney



Dated: June 3, 2005                            /s/
                                          _____
                                          HARVEY P. SACKETT
                                          Attorney for Plaintiff
                                          GERRY B. SAN JUAN


IT IS SO ORDERED.

        June 8, 2005
Dated:  ~~June 3, 2005~~            /s/ James Larson
                                          _____
                                          HON. MAGISTRATE JAMES LARSON
                                          U.S. Magistrate District Judge
```

2

STIPULATION AND ORDER