HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/ne

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY B. SAN JUAN,<br><br>        Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner, Social Security Administration,<br><br>        Defendant. | No. 05-0570 JL<br><br>STIPULATION AND ORDER |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Monday, July 25, 2005 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1
STIPULATION AND ORDER

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney



Dated: July 1, 2005                            /s/
                                        _____
                                        SARA WINSLOW
                                        Assistant U.S. Attorney



Dated: June 30, 2005                           /s/
                                        _____
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        GERRY B. SAN JUAN


IT IS SO ORDERED.

                                         /s/ James Larson
Dated:   July 8, 2005                   _____
                                        HON. MAGISTRATE JAMES LARSON
                                        U.S. Magistrate District Judge
```

STIPULATION AND ORDER